Joe Allen **KERN**, Movant–Appellant,

v.

**STATE** of Missouri, Respondent.

No. WD 40954.

Missouri Court of Appeals,
Western District.

July 25, 1989.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 29, 1989.

**538**

Joe Allen Kern, Jefferson City, pro se.

William L. Webster, Atty. Gen., William J. Swift, Asst. Atty. Gen., Jefferson City, for respondent.

Before GAITAN, P.J., and MANFORD and ULRICH, JJ.

### ORDER

PER CURIAM:

Appeal from the dismissal of successive Rule 27.26 motion for post-conviction relief.

Affirmed. Rule 84.16(b).